THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Heyward Johnson
 #1, Appellant.
 
 
 

Appeal From Aiken County
 Ralph F. Cothran, Circuit Court Judge

Unpublished Opinion No. 2008-UP-444
 Submitted August 1, 2008  Filed August 6,
 2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 Teresa A. Knox, Deputy Director for Legal Services, Tommy Evans,
 Jr., Legal Counsel, and J. Benjamin Aplin, Legal Counsel, all of Columbia, for
 Respondent.
 
 
 

PER CURIAM: Heyward
 Johnson appeals the revocation of his probation.  Johnson argues the probation
 judge erred in revoking his probation in a summary fashion without providing
 him the opportunity to be heard, as guaranteed by the Fourteenth Amendment. After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsels motion to be relieved.[1] 
APPEAL
 DISMISSED.
KONDUROS, J., CURETON, A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.